ACCEPTED
12-14-00101-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/30/2014 12:05:10 PM
CATHY LUSK
CLERK

## NO. 12-14-00101-CR

### IN THE

### COURT OF APPEALS

### TWELFTH COURT OF APPEALS

### TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/30/2014 12:05:10 PM
CATHY S. LUSK
Clerk

**BILLY WAYNE HASEL, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**(Trial Court No. 31066)**

### STATE'S MOTION TO
### EXTEND TIME FOR FILING STATE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW,** the State of Texas by and through her Criminal District Attorney, Doug Lowe, and hereby requests an extension of time for the filing of the State's Brief and in support of same would show the court as follows:

1.   Appellant's brief was filed with this honorable Court on December 1, 2014.

2.   The State's Brief is due on December 31, 2014.

3.   This is the State's First request for an extension.

4.   Since December 1, 2014, this ADA has attended various felony and misdemeanor dockets, juvenile detention hearings and prosecuted a family violence jury trial.

5.   Additionally, since the time of filing of Appellant's Brief, the Anderson County District Attorney's Office has been closed three business days for the Christmas holiday.

6.   Due to the above circumstances, the undersigned will not be able to complete the State's briefs by the current due date. The undersigned is not seeking this extension for purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's briefs in these causes until January 30, 2015.

Respectfully submitted by,
**DOUG LOWE**
**CRIMINAL DISTRICT ATTORNEY**

**ERICA M. MORGAN,**
**ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC# 24071032**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent by fax to Steve Evans, on this the 30th day of December, 2014.

**BY: ERICA M. MORGAN,**
**ASSISTANT DISTRICT ATTORNEY**
**ANDERSON CO. CRIM. DIST. ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24071032**

**THE STATE OF TEXAS** §

§

**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **ERICA M. MORGAN** who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief in <u>BILLY WAYNE HASEL vs. The State of Texas</u>, (Trial Court Cause No. 31066, County Court at Law, Anderson Co., TX.); Case No. **12-14-000101-CR** in the Twelfth Court of Appeals, Texarkana, Texas are true and correct to the best of my knowledge.


**ERICA M. MORGAN, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC# 24071032**

Given under my hand and seal of office this the 30th day of December, 2014.


**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**



ANNABELLE ROCK
MY COMMISSION EXPIRES
May 5, 2018